Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### District of Idaho

U.S. COURTS

OCT 10 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Sebastian Laurence

Case No. _____
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

City of Lewiston
Officer Jason Marketti

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sebastian Laurence |
| Address | 531 Linden Dr. Apt 2 |
| | Lewiston, ID 83501 |
| | *City / State / Zip Code* |
| County | Nez Perce |
| Telephone Number | 509 338 8370 |
| E-Mail Address | sebastian.laurence@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Lewiston |
| Job or Title *(if known)* | |
| Address | 1606 21st St |
| | Lewiston, ID 83501 |
| | *City / State / Zip Code* |
| County | Nez Perce |
| Telephone Number | 208 798 3057 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Jason Marketti |
| Job or Title *(if known)* | Lewiston Police Officer |
| Address | 1224 F St |
| | Lewiston, ID 83501 |
| | *City / State / Zip Code* |
| County | Nez Perce |
| Telephone Number | 208 746 0171 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

                            *City*               *State*          *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

                            *City*               *State*          *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☑ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
First, Fourth and Fourteenth Amendment of the US Constitution.

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
During a traffic stop, Jason Marketti, in retaliation, maliciously fabricated and falsely witnessed evidence to fake Probable Cause in order to warrant the wrongful search, siezure, arrest and imprisonment of my person, papers and property. Contrary to Marketti's claims, the DRE states my eyes were not red or glossy and my tongue was not green. Ticket for traffic stop and dui charges were thrown out. Sobriety test results were invalid as I was threatened to partake despite informing Marketti I had a back injury.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
5th St and Bryden Ave in Lewiston, ID

B.  What date and approximate time did the events giving rise to your claim(s) occur?
February 12, 2023 roughly 10:00 PM

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
As mentioned above, I was falsely arrested on intentionally false claims that I had glossy and red eyes, a green tongue and that I failed a field sobriety test while sustaining a back injury. I have medical records for my back injury and have my old employer to witness that I was in fact on light duty at work at the time this event occured. Officer Marketti was informed that I was sustaining a back injury. The bodycam as well as the DRE's report show I did not have any of the symptoms that Officer Marketti claimed I had. The Officer's bodycam also shows that while he was illegally searching my Jeep Wrangler, he opened and read my personal mail. Despite having no reasons for Probable Cause, Officer Marketti fabricated some up. As a result, I ended up stripped naked at the jail and searched head to toe including my private areas by a stranger. I was imprisoned and treated like a criminal for approximitely 24 hours.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Bruised and cut wrists from having the cuffs too tight. I asked for help but Officer Marketti refused to ease any pain or help whatsoever. My unproffessional opinion is i needed bandages and anti-infectent treatment. My wrists could have been sprained as i had difficulty driving afterward but no health insurance to cover any medical treatment.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Money damages: Loss of work days, $3,000. Bail: $500.

Psychological damages: I was diagnosed by my therapist with PTSD. She recommended I see her once a week to continue diagnosis and treatment. At this time I cannot afford it. Relief would need to compensate for one day of missed work a week(1000$) as well as the therapy itself which is approx. 250$ a week. Majority of cases last 2 years while many lasting a lifetime, according to ncbi.nlm.nih.gov source. At 2 years, this cost would be aprox. $130,000.
Punitive Damages: I am asking for punitive damages of $480,000 for compensation of my freedom and rights being taken.
Emotional Damages: For the embarrasment of being stripped naked and searched in my groin and anus by a stranger at the jail, the humiliation of being bailed out of jail by my supervisor, the tarnishing of my reputation at the work place, having my livelihood as a truck driver threatened and the anguish of being betrayed by my local Police Department, I am asking for $250,000.
Total: $863,500

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/01/2023

Signature of Plaintiff
Printed Name of Plaintiff: Sebastian Laurence

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                    *City*            *State*      *Zip Code*

Telephone Number
E-mail Address