IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEBASTIAN LAURENCE,<br><br>　　　　Plaintiff,<br>v.<br><br>CITY OF LEWISTON, and OFFICER JASON MARKETTI,<br><br>　　　　Defendants. | Case No. 3:23-cv-00425-DCN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

THIS MATTER came before the court upon the stipulation of the parties for dismissal of all claims and causes of action against Defendants, with prejudice and without costs. Having reviewed the files and records, and good cause appearing, the court GRANTS the stipulated motion.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims and causes of action against Defendants are hereby DISMISSED, with prejudice and without costs to either party.

DATED: September 16, 2024

_____
David C. Nye
Chief U.S. District Court Judge